UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br><br>LLOYD T. DONALDSON<br><br>Defendant. | CASE NO. 2:26-cr-00149-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on Defendant Lloyd Donaldson's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline. Dkt. No. 21. Mr. Donaldson seeks to continue the trial date from September 28, 2026, to March 29, 2027, with a pretrial motions deadline "consistent with the new trial date." *Id.* at 1; *see also* Dkt. Nos. 18, 20 (setting current trial date and pretrial motions deadline). The Government does not oppose the motion. Dkt. No. 21 at 1.

Mr. Donaldson is charged with possession of child pornography in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2). Dkt. No. 11 at 1–3. He pleaded not guilty to the charges and was

remanded to custody. Dkt. No. 18.

Mr. Donaldson states that the Government provided discovery on August 17, 2026. Dkt. No. 21 at 1. Mr. Donaldson's counsel "requests additional time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with Mr. Donaldson." *Id.* Mr. Donaldson has waived his speedy trial rights and consents to the continuation of his trial "to a date up to and including April 12, 2027." Dkt. No. 22.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Donaldson in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation—taking into account the exercise of due diligence—due to counsel's need for more time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, and explain potential plea, trial, or sentencing consequences with Mr. Donaldson. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Donaldson reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 21, and ORDERS that the trial date shall be continued from September 28, 2026 to March 29, 2027, and the pretrial motions deadline shall be continued to February 16, 2027.

//

//

//

//

It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Donaldson's trial must commence under the Speedy Trial Act.

Dated this 4th day of September, 2026.

Lauren King
United States District Judge